# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STONE & WEBSTER, INC. and WESTINGHOUSE ELECTRIC COMPANY LLC, ) ) ) ) Appellants, ) ) v. ) ) GEORGIA POWER COMPANY, ) OGLETHORPE POWER CORPORATION, ) MUNICIPAL ELECTRIC AUTHORITY ) OF GEORGIA, and THE CITY OF DALTON, ) GEORGIA, ) ) Appellees. ) | No. 13-7151 |

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Counsel for Appellants in the above-entitled case, pursuant to the Order of the Court entered October 1, 2013, hereby respectfully states that they intend to use the Deferred Joint Appendix that is authorized by the Federal Rules of Appellate Procedure and the local rules of this Court.

Respectfully submitted this 31st day of October, 2013.

**WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.**

By: /s/ Timothy E. Heffernan
Timothy E. Heffernan
D.C. Bar No. 422923
Shelly L. Ewald
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Telephone: 703-749-1000
Facsimile: 703-893-8029
Email: theffernan@wthf.com
Email: sewald@wthf.com

COUNSEL FOR APPELLANT
STONE & WEBSTER, INC.

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ David. C. Smith
David C. Smith
D.C. Bar No. 998932
607 14th Street, NW, Suite 900
Washington, DC 20005-2018
Telephone: 202 508 5800
Facsimile: 202 508 5858
Email: dcsmith@kilpatricktownsend.com

- and –

By: /s/ Brian G. Corgan
Brian G. Corgan
(*Application for Admission pending*)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6217
Facsimile: 404.815.6555
Email: BCorgan@KilpatrickTownsend.com

COUNSEL FOR APPELLANT
WESTINGHOUSE ELECTRIC COMPANY LLC

## **CERTIFICATE OF SERVICE**

I, David C. Smith, hereby certify that on this 31st day of October, 2013, I electronically filed the foregoing **STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX** with the clerk of the United States Court of Appeals for the District of Columbia Circuit, using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

                                          /s/ David C. Smith
                                          David C. Smith