IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| STONE & WEBSTER, INC. and WESTINGHOUSE ELECTRIC COMPANY LLC,<br><br>　　　　　　Appellants,<br><br>v.<br><br>GEORGIA POWER COMPANY, OGLETHORPE POWER CORPORATION, MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA, and THE CITY OF DALTON, GEORGIA,<br><br>　　　　　　Appellees. | No. 13-7151 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Circuit Rule 26.1, Appellant Westinghouse Electric Company LLC ("Westinghouse") hereby states that the following are parent companies of Westinghouse or other publicly-held companies that have a ten percent (10%) or greater ownership interest in Westinghouse:

> Toshiba Nuclear Energy Holdings (US) Inc. is the indirect holder of a 100% ownership in Westinghouse. Toshiba Corporation and National Atomic Company Kazatomprom are all publicly-held corporations that have at least a 10% ownership in Toshiba Nuclear Energy Holdings (US) Inc.

Westinghouse further states that its general nature and purpose is to provide fuel, services, technology, plant design, and equipment for the commercial nuclear electric power industry.

Respectfully submitted this 31st day of October, 2013.

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ David. C. Smith
David C. Smith
D.C. Bar No. 998932
607 14th Street, NW, Suite 900
Washington, DC 20005-2018
Telephone: 202 508 5800
Facsimile: 202 508 5858
Email: dcsmith@kilpatricktownsend.com

- and –

By: /s/ Brian G. Corgan
Brian G. Corgan
(*Application for Admission pending*)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6217
Facsimile: 404.815.6555
Email: BCorgan@KilpatrickTownsend.com

COUNSEL FOR APPELLANT
WESTINGHOUSE ELECTRIC COMPANY
LLC

## **CERTIFICATE OF SERVICE**

  I, David C. Smith, hereby certify that on this 31st day of October, 2013, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the clerk of the United States Court of Appeals for the District of Columbia Circuit, using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

             /s/ David C. Smith
             David C. Smith